1  Jared T. Walker (SB#269029)
   2020 Capitol Avenue
2  Suite 7
   Sacramento, CA 95811
3  T: (916) 476-5044
   F: (916) 476-5064
4  jared@saclawoffices.com

5  Attorney for Plaintiff,
   SHERRY ANN KIRKER-FELO
6

7              IN THE UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9  SHERRY ANN KIRKER-FELO,        | Case No.: 2:16-cv-00880-EFB

10         Plaintiff,

11             v.                  | STIPULATION FOR FIRST 30 DAY
                                   | EXTENSION FOR PLAINTIFF TO FILE
                                   | OPENING BRIEF
12 CAROLYN W. COLVIN,
   Commissioner of Social Security,
13
           Defendant.
14

15

16       IT IS STIPULATED, by and between the parties, through their respective counsel of record,

17 that the time for Plaintiff to file his Motion for Summary Judgment/Remand be extended thirty (30)

18 days until November 17, 2016.  This is Plaintiff's first request for an extension of time.  Despite due

19 diligence, Plaintiff's counsel has been unable to prepare Plaintiff's opening brief in accordance with

20 the current scheduling order due to counsel's current workload which has involved conflicting

21 deadlines in unrelated matters.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF

Dated: October 14, 2016                    Respectfully submitted,

                                           /s/ *Jared T. Walker*
                                           Jared T. Walker,
                                           Attorney for Plaintiff

SO STIPULATED:

                                           PHILLIP A. TALBERT
                                           United States Attorney

Dated: October 14, 2016        By:     /s/ *Donna W. Anderson**
                                       (*authorized by e-mail on 10/14/2016*)
                                       Donna W. Anderson
                                       Special Assistant United States Attorney
                                       Attorneys for Defendant


                                   ORDER


APPROVED AND SO ORDERED:


Dated:  October 17, 2016.
                                       HON. EDMUND F. BRENNAN
                                       U.S. Magistrate Judge

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF