Jared T. Walker (SB#269029)
2020 Capitol Avenue
Suite 7
Sacramento, CA 95811
T: (916) 476-5044
F: (916) 476-5064
jared@saclawoffices.com

Attorney for Plaintiff,
SHERRY ANN KIRKER-FELO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY ANN KIRKER-FELO,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-cv-00880-EFB<br><br>JOINT STIPULATION AND ~~PROPOSED~~ ORDER TO AMEND SCHEDULING ORDER |

Plaintiff Sherry Ann Kirker-Felo and defendant Commissioner of Social Security, through their counsels of record, jointly request to amend the Court's Scheduling Order in this action as follows.

IT IS STIPULATED that the time for Plaintiff to file her Motion for Summary Judgment/Remand be extended fourteen (14) days until December 1, 2016. This will be Plaintiff's final extension of time by which to file her opening brief. Plaintiff's counsel requires additional time due to multiple conflicts in the previous two weeks, including nine expert witness depositions (some out of town) in a legal malpractice action counsel expects will proceed to trial, a social security appeals brief filed with the Ninth Circuit Court of Appeals, and two additional social security appeals briefs filed in district court. Counsel regrets making this second request and apologizes to the Court and the parties for any inconvenience.

It is further stipulated that Defendant's deadline to respond to Plaintiff's Motion for Summary Judgment be extended through January 20, 2017. Defendant's counsel will require this

requested extension due to pre-existing court deadlines in other matters which conflict with the new briefing schedule Plaintiff requests.

Dated: November 15, 2016                          Respectfully submitted,

                                                  /s/ *Jared T. Walker*
                                                  Jared T. Walker,
                                                  Attorney for Plaintiff

SO STIPULATED:

                                                  PHILLIP A. TALBERT
                                                  United States Attorney

Dated: November 16, 2016          By:    /s/ *Donna W. Anderson*\*
                                         (*authorized by e-mail on 11/16/2016*)
                                         Donna W. Anderson
                                         Special Assistant United States Attorney
                                         Attorneys for Defendant


### ORDER

Based on the stipulation of the parties, it is ORDERED that the deadline for Plaintiff to file her motion for summary judgment in this action is extended through December 1, 2016.  This will be Plaintiff's final extension of time to file her opening brief.  It is further ORDERED that Defendant's deadline to respond to Plaintiff's motion for summary judgment is extended through January 20, 2017.  All other aspects of the Scheduling Order previously issued in this action remain unchanged.

Dated:  November 17, 2016.

                                         _____
                                         HON. EDMUND F. BRENNAN
                                         U.S. Magistrate Judge