PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SHERRY ANN KIRKER-FELO, | Case No. 2:16-cv-00880-EFB |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

    IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file her responsive pleading be extended until February 10, 2017. This is Defendant's first request for an extension of time to file her responsive pleading.  Defense counsel requires additional time to fully review the administrative record and consider the government's position due to

conflicting due dates, a high workload during this time period, and scheduled use/lose leave. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date:  December 30, 2016     By:   /s/ *Jared T. Walker**
                                    JARED T. WALKER
                                    Attorney for Plaintiff
                                    (* By e-mail authorization on 12/29/16)

Dated: December 30, 2016           PHILLIP A. TALBERT
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                             By:   */s/ Donna W. Anderson*
                                    DONNA W. ANDERSON
                                    Special Assistant U.S. Attorney
                                    Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated:  January 5, 2017.
                                   _____
                                   HON. EDMUND F. BRENNAN
                                   United States Magistrate Judge