PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant[1]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SHERRY ANN KIRKER-FELO, | Case No. 2:16-cv-00880-EFB |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |
| NANCY A. BERRYHILL, Commissioner of Social Security, | |
| Defendant. | |

    IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file her responsive pleading be

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit.  No further action needs to be

1

extended until February 24, 2017. This is Defendant's second request for an extension of time to file her responsive pleading.  Defense counsel requires additional time to continue discussions with the Agency regarding the government's position.  Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date:  February 10, 2017          By:     /s/ *Jared T. Walker**
                                          JARED T. WALKER
                                          Attorney for Plaintiff
                                          (* By e-mail authorization on 02/10/17)

Dated: February 10, 2017                  PHILLIP A. TALBERT
                                          United States Attorney
                                          DEBORAH LEE STACHEL
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                                  By:     /s/ *Donna W. Anderson*
                                          DONNA W. ANDERSON
                                          Special Assistant U.S. Attorney
                                          Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:  February 13, 2017.

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge

taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

2