PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, CA 94105-1545
     Telephone:  (415) 977-8943
     Facsimile:  (415) 744-0134
     E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| SHERRY ANN KIRKER-FELO, | ) | Case No. 2:16-cv-0880-EFB |
| | ) | |
|     Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
|        v. | ) | ORDER FOR AN EXTENSION OF |
| | ) | TIME |
| NANCY A. BERRYHILL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

      IT IS STIPULATED, by and between the parties, through their respective

counsel of record, that the time for Defendant to file her responsive pleading be

extended until March 10, 2017. This is Defendant's third request for an extension of

time to file her responsive pleading.  The parties need additional time to discuss the

//

terms of remand to the Agency.  Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,


Date:  February 24, 2017      By:    /s/ *Jared T. Walker**_____
                                     JARED T. WALKER
                                     Attorney for Plaintiff
                                     (* By e-mail authorization on 02/23/17)


Dated: February 24, 2017            PHILLIP A. TALBERT
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                              By:    /s/ *Donna W. Anderson*
                                     DONNA W. ANDERSON
                                     Special Assistant U.S. Attorney
                                     Attorneys for Defendant



                              ORDER


APPROVED AND SO ORDERED.

Dated:  February 27, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE