UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY ANN KIRKER-FELO, | No. 2:16-cv-880-EFB |
| Plaintiff, | |
| v. | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

On April 3, 2017, plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act. ECF No. 26. As of the date of this order, defendant has not filed either an opposition or a statement of non-opposition in response to plaintiff's motion. Accordingly, it is hereby ORDERED that, within 14 days of this order, defendant shall file either (1) a stipulation and proposed order resolving plaintiff's fee motion, or (2) an opposition in response to plaintiff's motion.

DATED: June 19, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE